```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 11321
   MASAKO DIXON
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3436


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/25/2007 and was not confirmed.

    The case was converted to chapter 7 without confirmation 09/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
AMERICAN HOME MTG        CURRENT MORTG         .00           .00           .00
AMERICAN HOME MTG        MORTGAGE ARRE     7925.00           .00           .00
EMC MORTGAGE             CURRENT MORTG         .00           .00           .00
EMC MORTGAGE             MORTGAGE ARRE    13521.00           .00           .00
GMAC MORTGAGE            CURRENT MORTG         .00           .00           .00
GMAC MORTGAGE            MORTGAGE ARRE     4272.00           .00           .00
BANK OF AMERICA          SECURED VEHIC    13920.00           .00           .00
BANK OF AMERICA          UNSECURED        31849.82           .00           .00
AMERICAN GENERAL FINANCE UNSECURED        NOT FILED          .00           .00
ROUNDUP FUNDING LLC      UNSECURED         1391.07           .00           .00
CHASE                    UNSECURED        NOT FILED          .00           .00
CHASE                    UNSECURED        NOT FILED          .00           .00
AT & T WIRELESS          UNSECURED        NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC UNSECURED         8946.31           .00           .00
CITY OF CHICAGO PARKING  UNSECURED          180.00           .00           .00
CITY OF CHICAGO WATER DE UNSECURED        NOT FILED          .00           .00
COMMONWEALTH EDISON      UNSECURED          907.47           .00           .00
GEMB JCPENNY             UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP    UNSECURED         2310.30           .00           .00
LARSON & ASSOCIATES PC   NOTICE ONLY      NOT FILED          .00           .00
LINEBARGER GOGGAN BLAIR  NOTICE ONLY      NOT FILED          .00           .00
NICOR GAS                UNSECURED        NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED         2421.32           .00           .00
SOUTHWEST CREDIT         NOTICE ONLY      NOT FILED          .00           .00
WEST ASSET MANAGEMENT    NOTICE ONLY      NOT FILED          .00           .00
EMC MORTGAGE CORP        NOTICE ONLY      NOT FILED          .00           .00
AMERICAN HOME MORTGAGE   NOTICE ONLY      NOT FILED          .00           .00
SELECT LEGAL PC          DEBTOR ATTY           .00                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11321 MASAKO DIXON
```

```
TRUSTEE                                                    .00

PRIORITY                                                                 .00
SECURED                                                                  .00
UNSECURED                                                                .00
ADMINISTRATIVE                                                           .00
TRUSTEE COMPENSATION                                                     .00
DEBTOR REFUND                                                            .00
                                              ---------------   ---------------
TOTALS                                                   .00               .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
     Dated: 12/27/07                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```




                              PAGE   2
          CASE NO. 07 B 11321 MASAKO DIXON